**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ANSELMO J. QUIJADA CAMPOS,**

**Plaintiff,**

**v.** **Case No: 6:26-cv-1064-PGB-LHP**

**DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al,**

**Defendants.**
___________________________________/

**ORDER**

This cause is before the Court upon a periodic review of the file. On June 8, 2026, the Court entered an Order directing Plaintiff to file a Notice of Pendency of Other Actions and a Disclosure Statement within fourteen (14) days of the date of the Order. (Doc. 5 (the "**First Order to Show Cause**")). Plaintiff was warned that failure to comply may result in dismissal of the case. (*Id.*). Additionally, on July 10, 2026, the Court entered another Order directing plaintiff to file a Notice of Pendency of Other Actions and a Disclosure Statement within fourteen (14) days of the date of the Order. (Doc. 13 (the "**Second Order to Show Cause**")). Plaintiff has failed to comply with the First Order to Show Cause and the Second Order to Show Cause, and the time to do so has now passed.

Therefore, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on August 12, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties